IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 20-30147-SMY |
| ) | |
| ZACHARY T. WATSON, and ) | Title 18 |
| ALIZE K. MAYES, ) | United States Code, |
| Defendants. ) | Sections 2113(a) and (d); 2119; |
| ) | 924(c)(1)(A)(ii). |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

**(Bank Robbery)**

On or about August 19, 2020, in Madison County, Illinois, within the Southern District of Illinois,

**ZACHARY T. WATSON and ALIZE K. MAYES,**

defendant herein, did by force, violence and intimidation take from the presence of another $800.00 in United States Currency, belonging to and in the care, custody, control, management, and possession of the Regions Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense the defendant did put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

**COUNT 2**

**(Carjacking)**

On or about August 19, 2020, in Madison County, Illinois, within the Southern District of

Illinois,

**ZACHARY T. WATSON and ALIZE K. MAYES,**

the defendants, took a motor vehicle, a 2017 Dodge Ram, that had been transported, shipped, and received in interstate and foreign commerce from the presence of M.R. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119.

## COUNT 3

### (Brandishing a Firearm during a Crime of Violence)

On or about August 19, 2020, in Madison County, Illinois, within the Southern District of Illinois,

**ZACHARY T. WATSON and ALIZE K. MAYES,**

defendants herein, did knowingly brandish, carry, and use a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count 2, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offenses in violation of Title 18, United States Code, Section 2113(a) and (d), the defendants,

**ZACHARY T. WATSON and ALIZE K. MAYES,**

shall forfeit to the United States a firearm and any and all ammunition contained within the firearm including, but not limited to the following: all magazines and rounds of ammunition recovered during the course of this investigation.

A TRUE BILL

/s/ Jennifer Hudson
JENNIFER HUDSON
Assistant United States Attorney

/s/ Steven Weinhoeft
Digitally signed by STEVEN WEINHOEFT
Date: 2021.04.19 16:19:53 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention